# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Kathleen Audia

         Plaintiff,

v.                  Case No.: 1:17–cv–06618
                  Honorable Manish S. Shah

Briar Place, Ltd., an Illinois corporation

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 22, 2019:

  MINUTE entry before the Honorable Manish S. Shah: Status hearing on 4/23/19 is stricken and reset to 5/10/19 at 9:30 a.m. in order to allow the parties time to finalize the settlement process. If a stipulation of dismissal is filed in advance of that date, then no appearance is necessary. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.