## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| KATHLEEN AUDIA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.: 1:17-cv-06618** |
| **v.** | ) | |
| | ) | **Judge Manish S. Shah** |
| BRIAR PLACE, LTD., an Illinois Corporation, | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STIPULATION OF DISMISSAL

The parties to this action, by their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate the following:

The parties stipulate that all claims in this matter shall immediately be dismissed with prejudice pursuant to settlement and in their entirety.

Respectfully submitted,

By:  /s/ Jennifer M. Sender
    Jennifer M. Sender
    Andrés J. Gallegos
    ROBBINS, SALOMON & PATT, LTD.
    180 N. LaSalle Street, Suite 3300
    Chicago, Illinois 60601
    (312) 782-9000 - Telephone
    (312) 782-6690 - Facsimile
    jsender@rsplaw.com
    agallegos@rsplaw.com

*Attorneys for Plaintiffs*

By:  /s/ Omar Fayez
    Omar Fayez
    Anthony Cavallo
    HUSTON, MAY & FAYEZ LLC
    205 W. Randolph Street, Suite 950
    Chicago, Illinois 60606
    Phone: (312)529-5005
    Fax: (312)600-6971
    ofayez@hustonmay.com
    acavallo@hustonmay.com

*Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, certifies that on May 9, 2019, she served a true and correct copy of the aforementioned ***JOINT STIPULATION OF DISMISSAL*** by filing the same with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Omar Fayez
Anthony Cavallo
HUSTON, MAY & FAYEZ LLC
205 W. Randolph Street, Suite 950
Chicago, Illinois 60606
Phone: (312)529-5005
Fax: (312)600-6971
ofayez@hustonmay.com
acavallo@hustonmay.com

/s/Jennifer M. Sender
Jennifer M. Sender
Andrés J. Gallegos
ROBBINS, SALOMON & PATT, LTD.
180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601
(312) 782-9000 - Telephone
(312) 782-6690 - Facsimile
jsender@rsplaw.com
agallegos@rsplaw.com

3084228 (13603.1)